WILLIAM P. JEFFERY, as Trustee in Bankruptcy of ALL STAR FEATURE CORPORATION, Respondent, v. GEORGE J. COOKE, Appellant.— Order

affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.